ROBERT W. FREEMAN
Nevada Bar No. 003062
DANIELLE C. MILLER
Nevada Bar No. 009127
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD SULLIVAN, <br><br> Plaintiff, <br><br> vs. <br><br> CLARK COUNTY, a political subdivision of the State of Nevada; JOHN MARTIN in his official and/or individual capacities; PATRICK SCHREIBER in his official and/or individual capacities, <br><br> Defendants. | CASE NO. 2:18-cv-00825-GMN-CWH <br><br> **STIPULATION AND ORDER EXTENDING DEADLINE FOR THE FILING OF DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Danielle C. Miller, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, counsel for Defendants, and James P. Kemp, Esq. of KEMP & KEMP, counsel for Plaintiff, that:

The due date for Defendants' Response to Plaintiff's Complaint (ECF No. 1), be extended from July 12, 2018, to August 10, 2018.

**Reason for the Extension:**

Because of the complexity of the claims made in Plaintiff's Complaint, Defendants need additional time to perform an investigation prior to filing a responsive pleading.

/ / /

/ / /

/ / /

4834-9006-3468.1

This is Defendants' and Plaintiff's first request to extend this deadline, which is made in good faith and not for purposes of delay.

DATED this 9th day of July, 2018.  DATED this 9th day of July, 2018.

KEMP & KEMP, ATTORNEYS AT LAW    LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ James P. Kemp*                */s/ Robert W. Freeman*

By: _____   By: _____
JAMES P. KEMP, ESQ.               ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 6375               Nevada Bar No. 003062
7435 W. Azure Drive, Suite 110    DANIELLE C. MILLER, ESQ.
Las Vegas, Nevada 89130           Nevada Bar No. 009127
*Attorneys for Plaintiff*         6385 S. Rainbow Boulevard, Suite 600
                                  Las Vegas, Nevada 89118
                                  *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

DATED this  11  day of July, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT