ROBERT W. FREEMAN
Nevada Bar No. 003062
DANIELLE C. MILLER
Nevada Bar No. 009127
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD SULLIVAN,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; JOHN MARTIN in his official and/or individual capacities; PATRICK SCHREIBER in his official and/or individual capacities,<br><br>Defendants. | CASE NO. 2:18-cv-00825-GMN-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION SESSION**<br><br>**SECOND REQUEST** |

Plaintiff Reginald Sullivan filed suit on May 8, 2018 (ECF No. 1). On July 9, 2018, the Court set this employment discrimination suit for an Early Neutral Evaluation Session ("ENE")(ECF No. 6).

On July 18, 2018, the parties filed a Stipulation to Continue the ENE due to counsel for Defendants' unavailability (ECF No. 8).

On July 19, 2018, the Court granted the parties Stipulation and Rescheduled the ENE to October 15, 2018 ((ECF No. 9).

Clark County's Chief Administrative Officer, Les Lee Shell, who has full settlement authority, will be on extended leave on the continued ENE date. Accordingly, the parties request that the ENE be continued. Counsels' request that the ENE be continued is made in good faith and not for purposes of delay.

4837-0110-1424.1

THEREFORE, the parties, by and through their respective counsel of record, hereby STIPULATE AND AGREE to continue the ENE to one of the following dates: October 19, 22, December 19, 20, 2018.

DATED this 21st day of August, 2018.                    DATED this 21st day of August, 2018.

KEMP & KEMP, ATTORNEYS AT LAW                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ James P. Kemp*                                                By: */s/ Robert W. Freeman*
JAMES P. KEMP, ESQ.                                              ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 6375                                                  Nevada Bar No. 003062
7435 W. Azure Drive, Suite 110                                 DANIELLE C. MILLER, ESQ.
Las Vegas, Nevada 89130                                          Nevada Bar No. 009127
*Attorneys for Plaintiff*                                              6385 S. Rainbow Boulevard, Suite 600
                                                                                  Las Vegas, Nevada 89118
                                                                                  *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 24, 2018

IT IS HEREBY ORDERED that the ENE scheduled for October 15, 2018, is VACATED. IT IS FURTHER ORDERED that the ENE is rescheduled to December 19, 2018 at 10:00 AM.

The confidential statement is due to chambers by 4:00 PM, December 12, 2018. All else as stated in the Order (ECF NO. 6) setting the ENE remains unchanged.

4837-0110-1424.1                                    2