ROBERT W. FREEMAN
Nevada Bar No. 003062
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
CLARK COUNTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD SULLIVAN,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; JOHN MARTIN in his official and/or individual capacities; PATRICK SCHREIBER in his official and/or individual capacities,<br><br>Defendants. | CASE NO. 2:18-cv-00825-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR THE FILING OF DISPOSITIVE MOTIONS**<br><br>**FIRST REQUEST** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file dispositive motions in the above-captioned case thirty (30) days, up to and including Wednesday, March 25, 2020.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

The parties have agreed to take the depositions of two final witnesses after the discovery cutoff in order to accommodate the witness' schedules. These two depositions are scheduled for an will be completed on Friday, January 31, 2020. This short extension will allow the parties enough time to obtain the necessary transcripts prior to preparing their dispositive motions.

WHEREFORE, the parties respectfully request that this Court extend the time for the

…

…

4850-0626-1683.1

parties to file their dispositive motions by thirty (30) days from the current deadline of February 24, 2020 up to and including March 25, 2020.

DATED this 29th day of January, 2020.                    DATED this 29th day of January, 2020.

KEMP & KEMP, ATTORNEYS AT LAW                LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ James P. Kemp*                                              By: */s/ Robert W. Freeman*
    JAMES P. KEMP, ESQ.                                          ROBERT W. FREEMAN, ESQ.
    Nevada Bar No. 6375                                              Nevada Bar No. 003062
    7435 W. Azure Drive, Suite 110                            6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89130                                      Las Vegas, Nevada 89118
    *Attorneys for Plaintiff*                                              *Attorneys for Defendants*

## ORDER

IT IS SO ORDERED.

Dated this   29   day of January, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT