1  JAMES P. KEMP, ESQUIRE
   Nevada Bar No. 006375
2  KEMP & KEMP, ATTORNEYS AT LAW
3  7435 W. Azure Drive, Suite 110,
   Las Vegas, NV 89130
4  (702) 258-1183 tel./(702) 258-6983 fax
   jp@kemp-attorneys.com
5  Attorney for Plaintiff Reginald Sullivan

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD SULLIVAN,<br><br>             Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; JOHN MARTIN in his official and/or individual capacities; PATRICK SCHREIBER in his official and/or individual capacities,<br><br>             Defendants. | CASE NO. 2:18-cv-00825-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(Third Request)** |

   The parties, by and through their respective counsel, hereby stipulate to extend the time for Plaintiff to respond to the Defendant's Motion for Summary Judgment (ECF No. 35) from the current due date of Wednesday, May 20, 2020 through and including ***Monday, June 1, 2020***.

   This is the third request for an extension of this deadline.  The parties provide the following information to the Court regarding the proposed extension of time:

   1. Plaintiff's counsel's office experienced a computer and IT catastrophe and meltdown on Tuesday, May 12, 2020 wherein his server became disabled and his email communications system failed.

   2. Plaintiff's counsel has spent most of the past week working with his IT contractor to order new computers, establish work-around methods to re-

1

establish the email system (which took three full days) and working with software vendors and the copier/scanning company to make arrangements for other case management and document production processes to be ready to go when the new computers are installed over Memorial Day weekend.

3. This final one-week extension should be the last barring any other unforeseen disasters.

This stipulation to extend the deadline is made in good faith and not for purposes of delay.

DATED this _19th_ day of May, 2020.            DATED this _19th_ day of May, 2020.

KEMP & KEMP, ATTORNEYS AT LAW         LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  /s/ James P. Kemp                                    By:  /s/ Robert W. Freeman
JAMES P. KEMP, ESQ.                                      ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 6375                                        Nevada Bar No. 003062
7435 W. Azure Drive, Suite 110                        6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89130                                 Las Vegas, Nevada 89118
*Attorneys for Plaintiff*                                       *Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**

Dated this  20   day of May, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT