ROBERT W. FREEMAN
Nevada Bar No. 003062
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
CLARK COUNTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD SULLIVAN,<br><br>        Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; JOHN MARTIN in his official and/or individual capacities; PATRICK SCHREIBER in his official and/or individual capacities,<br><br>        Defendants. | CASE NO. 2:18-cv-00825-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR THE FILING OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**FIRST REQUEST** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline for Defendants to file their Reply in Support of Motion for Summary Judgment in the above-captioned case fourteen (14) days, up to and including Monday, June 29, 2020.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Defendants initiated this short request for an extension due to numerous calendar items which prevented the Reply in Support of Motion for Summary Judgment from being completed this week.

This is the first request by Defendants to extend this deadline, which is made in good faith and not for purposes of delay.

WHEREFORE, the parties respectfully request that this Court extend the time for the

4825-3783-1615.1

Defendants to file their Reply in Support of Motion for Summary Judgment by fourteen (14) days from the current deadline of June 15, 2020 up to and including June 29, 2020.

| DATED this 12th day of June, 2020. | DATED this 12th day of June, 2020. |
|---|---|
| KEMP & KEMP, ATTORNEYS AT LAW | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| By: */s/ James P. Kemp* | By: */s/ Robert W. Freeman* |
| JAMES P. KEMP, ESQ.<br>Nevada Bar No. 6375<br>7435 W. Azure Drive, Suite 110<br>Las Vegas, Nevada 89130<br>*Attorneys for Plaintiff* | ROBERT W. FREEMAN, ESQ.<br>Nevada Bar No. 003062<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendants* |

### ORDER

IT IS SO ORDERED.

Dated this 12 day of June, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

4825-3783-1615.1

2