ROBERT W. FREEMAN
Nevada Bar No. 003062
Robert.Freeman@lewisbrisbois.com
TARA U. TEEGARDEN
Nevada Bar No. 15344
Tara.Teegarden@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
CLARK COUNTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD SULLIVAN, | CASE NO. 2:18-cv-00825-GMN-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR THE FILING OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CLARK COUNTY, a political subdivision of the State of Nevada; JOHN MARTIN in his official and/or individual capacities; PATRICK SCHREIBER in his official and/or individual capacities, | **SECOND REQUEST** |
| Defendants. | |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline for Defendants to file their Reply in Support of Motion for Summary Judgment in the above-captioned case fourteen (14) days, up to and including Monday, July 13, 2020.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Counsel for Defendants initiated this short request for an extension due to being occupied with preparing an opening brief in Fitzpatrick v. LVMPD et al., No. 20-12580.

This is the second request by Defendants to extend this deadline, which is made in good faith and not for purposes of delay.

4826-6906-9761.1

WHEREFORE, the parties respectfully request that this Court extend the time for the Defendants to file their Reply in Support of Motion for Summary Judgment by fourteen (14) days from the current deadline of June 29, 2020 up to and including July 13, 2020.

DATED this 29th day of June, 2020.                    DATED this 29th day of June, 2020.

KEMP & KEMP, ATTORNEYS AT LAW          LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s James P. Kemp                                       By:  /s/ Tara U. Teegarden
    JAMES P. KEMP, ESQ.                                      ROBERT W. FREEMAN, ESQ.
    Nevada Bar No. 6375                                            Nevada Bar No. 003062
    7435 W. Azure Drive, Suite 110                           TARA U. TEEGARDEN, ESQ.
    Las Vegas, Nevada 89130                                    Nevada Bar No. 15344
    *Attorneys for Plaintiff*                                          6385 S. Rainbow Boulevard, Suite 600
                                                                                            Las Vegas, Nevada 89118
                                                                                      *Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

Dated this  29   day of June, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

4826-6906-9761.1                                           2