JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV  89130
(702) 258-1183 tel./(702) 258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiff Reginald Sullivan

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD SULLIVAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; JOHN MARTIN in his official and/or individual capacities; PATRICK SCHREIBER in his official and/or individual capacities,<br><br>　　　　Defendants. | CASE NO. 2:18-cv-00825-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO SUBMIT JOINT PRE-TRIAL ORDER**<br><br>**(First Request)** |

　　　　The parties, by and through their respective counsel, hereby stipulate to extend the time to submit the Joint Pre-Trial Order that is due on Wednesday, April 7, 2021 through and including ***Friday, May 7, 2021***.

　　　　This is the first request for an extension of this deadline.  The parties provide the following information to the Court regarding the proposed extension of time:

　　　　1. Plaintiff's counsel was on vacation for a significant portion of the time since the Court set the deadline for the Joint Pre-Trial Order (JPTO) and so he has not had the full period of time to address this matter;

　　　　2. Additionally Plaintiff's counsel has had a heavy workload including summary judgment oppositions and appellate briefing due in the past week that has prevented him from being able to address the JPTO in this case due

1

to those pressing deadlines;

3. The parties understand that this 30 day extension should not impact the matter unduly because there is no trial date set and trials are just now beginning to be set as the nation comes out of the COVID-19 pandemic restrictions that have prevented trials for over a year now.

This stipulation to extend the deadline is made in good faith and not for purposes of delay.

DATED this _7th_ day of April, 2021.          DATED this _7th_ day of April, 2021.

KEMP & KEMP, ATTORNEYS AT LAW          LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   /s/ James P. Kemp                         By:   /s/ Robert W. Freeman
   JAMES P. KEMP, ESQ.                          ROBERT W. FREEMAN, ESQ.
   Nevada Bar No. 6375                          Nevada Bar No. 003062
   7435 W. Azure Drive, Suite 110               6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89130                      Las Vegas, Nevada 89118
   *Attorneys for Plaintiff*                    *Attorneys for Defendants*

### ORDER

**IT IS SO ORDERED.**

Dated this __7__ day of April, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT