JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV 89130
(702) 258-1183 tel./(702) 258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiff Reginald Sullivan

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| REGINALD SULLIVAN,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; JOHN MARTIN in his official and/or individual capacities; PATRICK SCHREIBER in his official and/or individual capacities,<br><br>Defendants. | CASE NO. 2:18-cv-00825-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO SUBMIT JOINT PRE-TRIAL ORDER**<br><br>**(Second Request)** |

The parties, by and through their respective counsel, hereby stipulate to extend the time to submit the Joint Pre-Trial Order that is due on Friday, May 7, 2021 through and including ***Friday, May 21, 2021***.

This is the second request for an extension of this deadline. The parties provide the following information to the Court regarding the proposed extension of time:

1. Defendants' counsel have prepared a draft Joint Pre-Trial Order (JPTO) and Plaintiff's counsel is in the process of reviewing it and will be giving input and feedback;

2. Plaintiff's counsel has had a heavy workload including six depositions scheduled this week and working on a significant motion to compel in the same case which was coming down toward the close of discovery

1

(although a last minute extension has just been granted due to the motion practice) and this has prevented him from being able to address the JPTO in this case due to those pressing deadlines;

3. The parties understand that this 14 day extension should not impact the matter unduly because there is no trial date set and trials are just now beginning to be set as the nation comes out of the COVID-19 pandemic restrictions that have prevented trials for over a year now.

This stipulation to extend the deadline is made in good faith and not for purposes of delay.

DATED this _7th _ day of May, 2021.  DATED this _7th _ day of May, 2021.

KEMP & KEMP, ATTORNEYS AT LAW      LEWIS BRISBOIS BISGAARD & SMITH LLP

By: __/s/ James P. Kemp__           By: __/s/ Robert W. Freeman__
JAMES P. KEMP, ESQ.                      ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 6375                      Nevada Bar No. 003062
7435 W. Azure Drive, Suite 110           6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89130                  Las Vegas, Nevada 89118
*Attorneys for Plaintiff*                *Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**

Dated this __7__ day of May, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2