1  ROBERT W. FREEMAN
   Nevada Bar No. 003062
2  Robert.Freeman@lewisbrisbois.com
   E. MATTHEW FREEMAN
3  Nevada Bar 14198
   Matthew.Freeman@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383 /FAX: 702.893.3789
6  *Attorneys for Defendants*
   CLARK COUNTY

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD SULLIVAN,<br><br>        Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; JOHN MARTIN in his official and/or individual capacities; PATRICK SCHREIBER in his official and/or individual capacities,<br><br>        Defendants. | CASE NO. 2:18-cv-00825-GMN-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>**(FIRST REQUEST)** |

Plaintiff, REGINALD SULLIVAN, by and through his attorney of record, James P. Kemp, Esq. of the KEMP & KEMP, and Defendants CLARK COUNTY, JOHN MARTIN AND PATRICK SCHREIBER, by and through their attorneys of record, Robert W. Freeman, Esq. of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP hereby request the continuance of the current trial date of Monday, April 11, 2022.

    **A.**    **REASONS FOR REQUEST TO CONTINUE THE CURRENT TRIAL DATE**

Defendant John Martin is unavailable for the April 11, 2022 trial date.

    **B.**    **PROPOSED TRIAL DATES**

June 20, 2022

August 1, 2022

4882-8448-7186.1

August 8, 2022

This is the first request to continue trial date. The reasons for the extension constitute good faith and are made by both parties and are not for the purpose of undue delay.

**IT IS SO STIPULATED.**

DATED this 14th day of March, 2022                    DATED this 14th day of March, 2022

KEMP & KEMP, Attorneys at Law                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ James P. Kemp                                              By: /s/ Robert W. Freeman
    James P. Kemp, Esq.                                              Robert W. Freeman, Esq.
    Nevada Bar No. 6375                                              Nevada Bar No. 3062
    7435 W. Azure Drive, Ste. 110                              E. Matthew Freeman
    Las Vegas, Nevada 89130                                    Nevada Bar No. 14198
    Attorneys for Plaintiff                                              6385 S. Rainbow Blvd, Suite 600
                                                                                      Las Vegas, Nevada 89118
                                                                                      Attorneys for Defendants

## ORDER

I.  **ACTION BY THE COURT**

(a) This case is set for ~~court~~/jury trial on the fixed/stacked calendar on August 8, 2022 at 8:30 AM. Calendar Call shall be held on August 2, 2022 at 9:00 AM

(b) An original and two (2) copies of each trial brief shall be submitted to the clerk on or before July 28, 2022.

(c) Jury Trials:

    (1) An original and two (2) copies of all instructions requested by either party shall be submitted to the clerk for filing on or before: July 28, 2022.

    (2) An original and two (2) copies of all suggested questions of the parties to be asked of the jury panel by the Court on voir dire shall be submitted to the clerk for filing on or before: July 28, 2022.

(d) Court Trials:

    Not applicable.

4882-8448-7186.1                                        2

(e) Counsel shall serve a copy of any trial brief, proposed findings of fact and conclusions of law, proposed voir dire questions, and proposed jury instructions upon opposing counsel contemporaneously with the filing thereof with the Court.

This order shall not be amended except by order of the Court pursuant to agreement of the parties or to prevent manifest injustice.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: March 15, 2022