ROBERT W. FREEMAN
Nevada Bar No. 003062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383 /FAX: 702.893.3789
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD SULLIVAN,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; JOHN MARTIN in his official and/or individual capacities; PATRICK SCHREIBER in his official and/or individual capacities,<br><br>    Defendants. | CASE NO. 2:18-cv-00825-GMN-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>**(SECOND REQUEST)** |

Plaintiff, REGINALD SULLIVAN, by and through his attorney of record, James P. Kemp, Esq. of the KEMP & KEMP, and Defendants CLARK COUNTY, JOHN MARTIN AND PATRICK SCHREIBER, by and through their attorneys of record, Robert W. Freeman, Esq. of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP hereby request the continuance of the current trial date of Monday, August 8, 2022.

   A.   **REASONS FOR REQUEST TO CONTINUE THE CURRENT TRIAL DATE**

Attorneys for Defendant are preparing for trial in set for August 1, 2022, in *Christopher Clark v. SFMAIC, A-19-804435-C*. Counsel for defendants will be preparing for trial in *Calvin Hudson v. SFMAIC, A-19-793385-C* set to begin on October 10, 2022. Counsel for Defendant will be in trial beginning on December 5, 2022 in *Veladores v. Las Vegas Metropolitan Police Department, 2:17-cv-0062-*

4857-0778-2692.1

*RFB-VCF.*

**B.     PROPOSED TRIAL DATES**

February 13, 2023

February 27, 2023

April 3, 2023.

This is the second request to continue trial date. The reasons for the extension constitute good faith and are made by both parties and are not for the purpose of undue delay.

**IT IS SO STIPULATED.**

DATED this 8th day of June, 2022                     DATED this 8th day of June, 2022

KEMP & KEMP, Attorneys at Law                  LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ James P. Kemp                                          By: /s/ Robert W. Freeman
    James P. Kemp, Esq.                                             Robert W. Freeman, Esq.
    Nevada Bar No. 6375                                             Nevada Bar No. 3062
    7435 W. Azure Drive, Ste. 110                              E. Matthew Freeman
    Las Vegas, Nevada 89130                                      Nevada Bar No. 14198
    Attorneys for Plaintiff                                              6385 S. Rainbow Blvd, Suite 600
                                                                                          Las Vegas, Nevada 89118
                                                                                          Attorneys for Defendants

## ORDER

I.     **ACTION BY THE COURT**

(a)     This case is set for jury trial on the 'stacked calendar on 2/27/2023 at 8:30 am Calendar Call shall be held on 2/21/2023 at 9:00 a.m.

(b)     An original and two (2) copies of each trial brief shall be submitted to the clerk on or before 2/16/2023.

(c)     Jury Trials:

    (1)     An original and two (2) copies of all instructions requested by either party shall be submitted to the clerk for filing on or before: 2/16/2023.

    (2)     An original and two (2) copies of all suggested questions of the parties to be asked of the jury panel by the Court on voir dire shall be submitted to the clerk for filing on or before: 2/16/2023.

4857-0778-2692.1

2

(d) Court Trials:

Not applicable.

(e) Counsel shall serve a copy of any trial brief, proposed findings of fact and conclusions of law, proposed voir dire questions, and proposed jury instructions upon opposing counsel contemporaneously with the filing thereof with the Court.

This order shall not be amended except by order of the Court pursuant to agreement of the parties or to prevent manifest injustice.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: June 9, 2022